# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: )
) CASE NO. 19 B 15083
Gena L. Jackson, ) HON. Jacqueline P. Cox
) CHAPTER 13
DEBTOR. )

## NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603;

Exeter Finance, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118;

Exeter Finance, LLC, c/o Jennifer M Rinn, Rinn Richman Law LLC, PO Box 465, Chicago, IL 60690, via certified mail;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached Service List.

Please take notice that on March 9, 2020, at 9:00 a.m., in Courtroom 680 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the Honorable Judge Jacqueline P. Cox or before any judge sitting in her place and stead, and shall then and there present the attached motion at which place and time you may appear if you see fit.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on February 3, 2020, to:

The Chapter 13 Trustee listed above via electronic notice;

The creditors listed above and the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

*/s/ Steve Miljus*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-15083<br>Northern District of Illinois<br>Eastern Division<br>Mon Feb  3 07:49:16 CST 2020 | Exeter Finance LLC c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Citizens Bank N.A.<br>One Citizens Bank Way Mailstop: JCA115<br>Johnston, RI 02919-1922 | Citizens Bank NA<br>480 JEFFERSON BLVD<br>WARWICK, RI 02886-1359 | City of Chicago<br>205 W Randolph # 1100<br>c/o Goldman and Grant<br>Chicago, IL 60606-1813 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604-3517 | DISCOVER FIN SVCS LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC c/o AIS Portfolio Service<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 |
| Illinois Tollway<br>2700 Ogden Ave<br>Legal Dept<br>Downers Grove, IL 60515-1703 | LEAD BANK<br>D AND 3RD STREETS<br>GARDEN CITY, MO 64747 | PayPal Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 |
| Santander Consumer USA<br>ATT POC: Janiscia Jackson PO Box 961245<br>Fort Worth, TX 76161-0244 | Tricoci University of Beauty Culture LLC<br>751 E Park Ave<br>Libertyville, IL 60048-2906 | US DEPT OF ED/GLELSI<br>2401 Internal Lane<br>Attn: Chhengre Lim<br>Madison, WI 53704-3121 |
| United States Department of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | VERIZON WIRELESS<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Gena L. Jackson<br>561 E 104Th PL<br>Chicago, IL 60628-2919 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Sidney Dawsey<br>Semrad Law Firm<br>20 S. Clark Street 28th Floor<br>Chicago, IL 60603-1811 |
| Steve Miljus<br>The Semrad Law Firm, LLC<br>20 S Clark, 28th<br>Chicago, IL 60603 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

**CAPITAL ONE BANK USA N**
**PO BOX 85520**
**RICHMOND, VA 23285**

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Exeter Finance LLC | End of Label Matrix |
| 4515 N Santa Fe Ave Dept APS | Mailable recipients   28 |
| Oklahoma City, OK 73118-7901 | Bypassed recipients    1 |
| | Total                 29 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 15083 |
| Gena L. Jackson, | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## MOTION TO MODIFY PLAN

Gena L. Jackson, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order modifying the Chapter 13 Plan, Debtor states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on May 24, 2019.

3. On July 22, 2019, this Honorable Court entered an Order confirming the Debtor's Chapter 13 Plan of reorganization.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $175.00 per month for 36 months. Secured creditors are to be paid 100.00% and general unsecured creditors are to be paid 10.00% of their allowed claims.

5. The Debtor was unable to afford both her regular expenses and plan payments. As a result, a default accrued.

6. The Debtor is on a limited budget and cannot afford the current plan payment.

7. Debtor is in position to make plan payments of $135.00 per month.

8. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

9. Debtor further requests this Honorable Court to decrease Chapter 13 Trustee plan payments to $135.00 per month for the remainder of the plan.

10. Debtor further requests that nothing in this motion shall require the Trustee to perform collections from creditors pursuant to any prior plan.

11. Debtor has filed the instant case in good faith and is in a position to proceed.

WHEREFORE, Debtor, Gena L. Jackson, prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. That this Honorable Court enter an Order decreasing Debtor's Chapter 13 Trustee plan payments to $135.00 per month for the remainder of the plan;

C. That this Honorable Court enter an Order stating nothing shall require the Trustee to perform collections from creditors pursuant to any prior plan; and

D. That this Honorable Court order any further relief as the Court may deem fair and proper.

Respectfully Submitted,
*/s/ Steve Miljus*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625