IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| GENA L. JACKSON, | ) CASE NO. 19-15083 |
| | ) JUDGE COX |
| DEBTOR(S) | ) |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
See attached service list.

**The following party(s) have been served via regular US mail:**
See attached service list.

I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, Illinois, and in the following courtroom (or any other place posted), and present the Motion to Substitute Attorney, at which time and place you may appear:

JUDGE:   COX
ROOM:    680
DATE:    April 27, 2020
TIME:    9:00 AM

/s/   David M. Siegel
David M. Siegel, A.R.D.C. #6207611

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on April 9, 2020 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611

David M. Siegel, ARDC #6207611
DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney For Debtor
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

**The following party(s) have been served via regular US mail:**

Gena Jackson
561 E. 104th Place
Chicago, IL 60628

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

Exeter Finance
AIS Portfolio Services
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Capital One Bank
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Citizens Bank
One Citizens Bank Way, Mailstop JCA 115
Johnston, RI 02919

United States Dept. of Education
Claims filing Unit
P.o. Box 8973
Madison, WI 53708-8973

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson, Ste. 600
Chicago, IL 60604

Verizon
American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Lead Bank
D and 3rd Streets
Garden City, MO 64747

Illinois Tollway, Legal Dept.
2700 Odgen Ave.
Downers Grove, IL 60515

Santander Consumer
P.O. box 961245
Ft. Worth, TX 76161

Paypay Credit
P.O. Box 105658
Atlanta, GA 30348

Tricoci University of Beauty Culture
751 E. Park Ave.
Libertyville, IL 60048-2906

Sidney Dawsey and Steve Miljus
The Semrad Law Firm
20 S. Clark St., 28th Floor
Chicago, IL 60603

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| GENA L. JACKSON, | ) CASE NO. 19-15083 |
| | ) JUDGE COX |
| DEBTOR(S) | ) |

## MOTION TO SUBSTITUTE ATTORNEY

NOW COMES the Debtor, GENA L. JACKSON, by and through her attorney, David M. Siegel and Associates, LLC, and in support of their Motion, states as follows:

1. That Gena L. Jackson is the Debtor for the above captioned Chapter 13 bankruptcy case.

2. That said case was filed on May 24, 2019 with Tom Vaughn appointed as Trustee. The plan was confirmed on July 22, 2019.

3. That Debtor's attorneys at the time of filing were Steve Miljus and Sidney Dawsey of Semrad Law Firm.

4. That Debtor has terminated the services of Steve Miljus and Sidney Dawsey of Semrad Law Firm on or about April 9, 2020.

5. That the Debtor wishes to be represented by David M. Siegel of David M. Siegel and Associates, LLC for the remainder of her case.

WHEREFORE, Debtor respectfully requests that this honorable court grant Debtor's Motion to Substitute Attorney David M. Siegel of David M. Siegel and Associates, LLC for their prior counsel, Steve Miljus and Sidney Dawsey of Semrad Law Firm.

Respectfully Submitted,
/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL AND ASSOCIATES, LLC
David M. Siegel, ARDC #6207611
Attorney For Debtor
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
davidsiegelbk@gmail.com